DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MARCO ANTONIO GONZALES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0096
_____

December 5, 2025

Appeal from the Circuit Court for Pinellas County; Susan St. James,
Judge.

Marco Antonio Gonzales, pro se.

James Uthmeier, Attorney General, Tallahassee, and Laura Dempsey,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

BLACK, SLEET, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.